UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FLORENCE R. MCWHORTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:14-cv-01658 |
| v. | ) | Judge Sharp |
| | ) | |
| NANCY BERRYHILL,[1] | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Plaintiff's *Motion for Judgment on the Administrative Record* (Docket Entry No. 12) is hereby DENIED, and the Commissioner's decision is AFFIRMED.

This case is dismissed, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

---

[1] Nancy Berryhill became acting Commissioner for the Social Security Administration on January 23, 2017, and is therefore substituted as Defendant. *See* Fed. R. Civ. P. 25(d).